# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| V. | |
| CATRICE BROOKS | Case Number: 8:03-cr-482-T-30EAJ USM Number: 41634-018 |
| | Alec Hall, pda. Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __ONE and TWO__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** |
|---|---|
| ONE | Untimely monthly reports in violation of Condition 2 of the Standard Conditions of Supervision (Grade C Violation) |
| TWO | Failure to disclose financial information in violation of the Standard Conditions of Supervision (Grade C Violation) |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 20, 2007
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

20 Nov. 2007
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation - Sheet 3 - Supervised Release
Case 8:03-cr-00482-JSM Document 81 Filed 11/26/07 Page 2 of 3 PageID 104

| | | | |
|---|---|---|---|
| DEFENDANT: | CATRICE BROOKS | Judgment - Page __2__ of __3__ | |
| CASE NUMBER: | 8:03-cr-482-T-30EAJ | | |

# SUPERVISED RELEASE

### The defendant is hereby reinstated to supervision.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

__X__  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocations - Sheet 3C — Supervised Release

| | | |
|---|---|---|
| DEFENDANT: | CATRICE BROOKS | Judgment - Page  3  of  3 |
| CASE NUMBER: | 8:03-cr-482-T-30EAJ | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

__X__  The defendant shall perform 32 hours of community service at the SPCA.