UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 8:03-cr-482-T-30EAJ |
| CATRICE L. BROOKS, | : | |
| Defendant, | : | |
| and | : | |
| PUBLIX SUPER MARKETS, INC., | : | |
| Garnishee. | : | |

## **FINAL ORDER IN GARNISHMENT**

THIS CAUSE came on for consideration upon the United States of America's Motion for Entry of Final Order in Garnishment (Dkt. #101) pursuant to 28 U.S.C. § 3205(c)(7) against the nonexempt disposable earnings of Defendant Catrice L. Brooks. The Court, having considered the Application for Writ of Continuing Garnishment, Garnishee Publix Super Markets, Inc.'s, Answer, and the instant Motion for Entry of Final Order in Garnishment, and noting that Defendant has not claimed any exemptions with respect to this garnishment, has not filed any objection to Garnishee's Answer, and has not requested a hearing with respect to this garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for Entry of Final Order in Garnishment (Dkt. #101) is granted. It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee Publix Super Markets, Inc. shall pay to the United States, weekly, the appropriate statutory amount of Defendant's nonexempt disposable earnings.  It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee shall continue to make weekly payments to the United States pursuant to this Order until such time as the instant garnishment is terminated by court order, by exhaustion of the Defendant's nonexempt disposable earnings in Garnishee's custody, control, or possession, or by satisfaction of the judgment debt.  It is further

ORDERED, ADJUDGED, AND DECREED that all monies previously withheld by Garnishee from Defendant's nonexempt disposable earnings in accordance with the Writ of Continuing Garnishment shall be paid forthwith to the United States.  It is further

ORDERED, ADJUDGED, AND DECREED that all payments made to the United States pursuant to this Order shall bear the notation "Catrice L. Brooks, Case No.8:03-cr-482-T-30EAJ," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN:  DCU
> 401 West Central Boulevard, Suite 2-100
> Orlando, Florida  32801.

**DONE** and **ORDERED** in Tampa, Florida on February 24, 2010.

*[signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cr-482.brrooks 101.wpd