UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CATRICE L. BROOKS,

    Defendant,

and

PUBLIX SUPER MARKETS, INC.,

    Garnishee.

Case No. 8:03-cr-482-T-30EAJ

## **ORDER**

THIS CAUSE comes before the Court upon the United States of America's Motion for Reconsideration of Order Reducing Defendant's Wage Garnishment from 25% of Disposable Earnings to 10% of Disposable Earnings (Dkt. #106). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The United States of America's Motion for Reconsideration of Order Reducing Defendant's Wage Garnishment from 25% of Disposable Earnings to 10% of Disposable Earnings (Dkt. #106) is GRANTED.

2. The Court will reconsider Defendant's Motion for Restitution Reduction (Dkt. #104) at a hearing on **WEDNESDAY, JULY 21, 2010, AT 1:30 P.M.**, in Courtroom

#13A, U. S. Sam Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida. Time reserved: One hour.

3. Ms. Brooks is requested to be present at the hearing and be prepared to advise the Court on the specifics of her educational plans:

    A. What new occupation is anticipated;

    B. Difference in earning capacity;

    C. How long the educational process will take; and

    D. How can the Government monitor progress?

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
U. S. Probation Office

F:\Docs\2003\03-cr-482.reconsider 106.wpd