UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:03-cr-482-T-30EAJ |
| CATRICE L. BROOKS, | : |
| Defendant, | : |
| and | : |
| PUBLIX SUPER MARKETS, INC., | : |
| Garnishee. | : |

_____

**ORDER GRANTING DEFENDANT'S**
**MOTION FOR RESTITUTION REDUCTION**

THIS CAUSE came on for hearing on July 21, 2010, to reconsider the endorsed order granting Defendant Catrice L. Brooks's Motion for Restitution Reduction (Docket No. 105). The Court, having considered Defendant's testimony about her plans to enroll in an academic program this Fall, 2010, and the argument of counsel for the United States, finds that it has authority to modify the instant garnishment as reflected in the endorsed order.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that, pending further Order of this Court, Garnishee Publix Super Markets, Inc. shall pay to the United States, weekly, only 10% of Defendant's nonexempt disposable earnings rather than 25% of Defendant's nonexempt disposable earnings. It is further

ORDERED, ADJUDGED, AND DECREED that upon receiving her grades each academic term, Defendant shall send a copy of those grades to the United States Attorney's Office, Financial Litigation Unit, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.  It is further

ORDERED, ADJUDGED, AND DECREED that should Defendant not receive grades during any six-month period, Defendant shall send a written report of her academic status and of her financial status to the United States Attorney's Office, Financial Litigation Unit. It is further

ORDERED, ADJUDGED, AND DECREED that should Defendant become more than 60 days late in the payment of her tuition, Defendant must provide written notice to the United States Attorney's Office, Financial Litigation Unit.  It is further

ORDERED, ADJUDGED, AND DECREED that Defendant shall execute and submit to each educational institution she attends, with a copy to the United States Attorney's Office, Financial Litigation Unit, an authorization to release to the United States Attorney's Office, Financial Litigation Unit, Defendant's academic information, Defendant's financial information, and so much of Defendant's disciplinary information as relates to her academic performance or her financial dealings with the educational institution.  It is further

ORDERED, ADJUDGED, AND DECREED that the United States Attorney's Office, Financial Litigation Unit, shall serve a copy of this Order upon the Bank of America, Post Office Box 790087, M02-100-09-19, ATTN:  Trini Pellegrino, St. Louis, Missouri  63179.  Should the Bank of America object to the relief granted in this Order, the United States

Attorney's Office, Financial Litigation Unit, shall file an appropriate paper to have Bank of America's objection heard.

      **DONE** and **ORDERED** in Tampa, Florida on July 27, 2010.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record
Garnishee Publix
U. S. Probation

S:\Even\2003\03-cr-482.reduce 105.wpd